Gregory against the Elmira Water, Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.